# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL GEBHARDT, | HON.: TERRENCE G. BERG |
| Plaintiff, | MAG.: PATRICIA T. MORRIS |
| v. | |
| LYNN M. LARSON and RN MARTINE BARBOUR, | Case No.: 2:20-cv-11742-TGB-PTM |
| Defendant(s). | |

Karen G. Prestel (P84511)
Attorney for Plaintiff
Okemos Legal Group, PLLC
4125 Okemos Road, Suite 23
Okemos, MI 48864
517.345.7600

Chapman Law Group
Ronald W. Chapman (P37603)
Devlin K. Scarber (P64532)
Attorneys for Defendant Lynn Larson, D.O.
1441 West Long Lake Road
Suite 310
Troy, MI 48098
248.644.6326

Raina Korbakis (P49467)
Assistant Attorney General
Attorney for MDOC Defendant Barbour
Michigan Department of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI
517.335.3055

## APPEARANCE OF COUNSEL

Please enter my appearance as attorney on behalf of Plaintiff, Daniel Gebhardt in the above-entitled matter.

                                      Respectfully Submitted,

Date: March 10, 2022                      /s/ Donald J. Baranski
                                      Dr. Donald J. Baranski (P41101)
                                      Attorney for Plaintiff
                                      Okemos Legal Group, PLLC
                                      4125 Okemos Road, Suite 23
                                      Okemos, MI 48864
                                      517-345-7600

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2022, I electronically filed an APPEARANCE OF COUNSEL with the Clerk of the Court using the ECF system which will send notification of such filing.

                                      /s/ Rosalie Cullen
                                      Rosalie Cullen
                                      Paralegal