## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Daniel Gebhardt, #320158

     Plaintiff,

v.

Jamsen et al

     Defendants,

Case No.: 2:20-cv-11742
District Judge: Terrance G. Berg
Magistrate Judge: Patricia T. Morris

---

OKEMOS LEGAL GROUP PLLC
Karen G. Prestel (P84511)
*Attorney for Plaintiff*
4125 Okemos Road, Suite 325
Okemos, MI 48864
(517) 345-7600
karen@okemoslegalgrouppllc.com

MICHIGAN DEPT. of ATTY GENERAL
Raina Korbakis (P49467)
Assistant Attorney General
*Attorney for MDOC Defendant Barbour*
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
korbakisr@michigan.gov

CHAPMAN LAW GROUP
Devlin K. Scarber (P64532)
Jeffrey L. Bomber (P85407)
*Attorneys for Lynn Larson, D.O.*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com
jbomber@chapmanlawgroup.com

---

## APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT
## LYNN LARSON, D.O.

**TO:  CLERK OF THE COURT**

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by JEFFREY L. BOMBER, and hereby gives notice of his appearance on behalf of the Defendant, LYNN LARSON, D.O.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated:  April 7, 2022

/s/Jeffrey Bomber
Jeffrey L. Bomber (P85407)
Attorney for Lynn Larson, D.O.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jbomber@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on April 7, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

/s/Jeffrey Bomber
Jeffrey L. Bomber (P85407)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jbomber@chapmanlawgroup.com