## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | |
|---|---|
| DANIEL GEBHARDT, | Case No.: 2:20-cv-11742-TGB-PTM |
| Plaintiff, | |
| v. | |
| LYNN M. LARSON | HON.: TERRENCE G. BERG |
| | MAG.: PATRICIA T. MORRIS |
| Defendant. | |

| | |
|---|---|
| Dr. Donald J. Baranski (P41101) | Chapman Law Group |
| Attorney for Plaintiff | Devlin K. Scarber (P64532) |
| Okemos Legal Group, PLLC | Jeffrey L. Bomber (P85407) |
| 4125 Okemos Road, Suite 23 | Attorneys for Defendant Lynn Larson, |
| Okemos, MI 48864 | D.O. |
| 517.345.7600 | 1441 West Long Lake Road |
| don@okemoslegalgrouppllc.com | Suite 310 |
| | Troy, MI 48098 |
| | 248.644.6326 |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

## STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE

NOW COMES Plaintiff, Daniel Gebhardt, by and through his attorney, Donald J. Baranski, and

further comes Defendant, Lynn Larson by and through her attorneys, Devlin K. Scarber and Jeffery

L. Bomber, and hereby stipulate and agree to the Dismissal of this Case Without Prejudice, for the

following stated reasons:

1. After discussing that the Defendant's request for concurrence in their dispositive motion went to the wrong attorney's e-mail, Plaintiff agrees with Defendant's arguments contained therein and stipulates to dismiss this case without prejudice.

Date: 9/21/2022

/s/Donald J. Baranski
ID vw1fBjPAJYqPxTkLZJCXV6H1

Donald J. Baranski (P41101)
Attorney for Plaintiff

Date: 9/21/2022

/s/ Devlin K. Scarber
Devlin K. Scarber (P64532)
Attorney for Defendant

Date: 9/21/2022

/s/ Jeffrey L. Bomber
Jeffrey L. Bomber (P85407)
Attorney for Defendant

## ORDER

At a session of said Court held in the Courthouse
In the City of Detroit, in Wayne County, State of Michigan,
on September 27, 2022
PRESENT: Hon. Terrence G. Berg, District Court Judge

The Court having reviewed the attached Stipulation and Order to Dismiss this Case Without Prejudice, and otherwise being fully informed on the premises of the agreement:

**IT IS SO ORDERED.**

/s/Terrence G. Berg
HON. TERRENCE G. BERG, District Court Judge